JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACEY HARRELL;<br><br>    Plaintiff,<br><br>    v.<br><br>WALMART, INC., A DELAWARE CORPORATION; AND DOES 1 THROUGH 26, INCLUSIVE,<br><br>    Defendants. | Case No.: 2:24-cv-00307-SVW-PVC<br><br>**ORDER RE JOINT STIPULATION TO REMAND CASE TO STATE COURT**<br><br>Action Removed:   Oct. 27, 2023<br>Trial Date:            N/A |

TO THE PARTIES:

   Based upon the stipulation of the parties and the lack of subject matter jurisdiction, this matter is remanded back to Los Angeles County Superior Court, Case No. 23AVCV00827.

IT IS SO ORDERED.

Dated: April 19, 2024

_____
HON. STEPHEN V. WILSON
U.S. District Judge